HELEN DYKE, an Infant, by ANDREW DYKE, Her Guardian ad Litem, Respondent, v. SCHENECTADY RAILWAY COMPANY, Appellant.— Judgment and order reversed, on the ground that the damages are excessive, and a

new trial granted, with costs to the appellant to abide the event, unless the plaintiff stipulates to reduce the verdict to $25,000, in which case the judgment is so modified and, as modified, judgment and order affirmed, without costs. All concurred.